**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD. and ACTELION CLINICAL RESEARCH, INC.,<br><br>    Plaintiffs/<br>    Counterdefendants,<br><br>    v.<br><br>APOTEX INC., APOTEX CORP., ROXANE LABORATORIES, INC., and ACTAVIS ELIZABETH LLC,<br><br>    Defendants/<br>    Counterclaimants<br><br>JOHNSON MATTHEY, INC., CADILA HEALTHCARE LIMITED, and ZYDUS PHARMACEUTICALS USA INC.,<br><br>    Intervenor defendants/<br>    Counterclaimants. | Civil Action No.<br>12-5743(NLH/AMD)<br><br>**ORDER** |

**HILLMAN, District Judge**

For the reasons expressed on the record at oral argument held on October 17, 2013, and to be supplemented by a written Opinion,

IT IS on this   21st   day of October, 2013

ORDERED that the MOTION for Judgment on the Pleadings and to Dismiss the Counterclaims by ACTELION CLINICAL RESEARCH, INC., ACTELION PHARMACEUTICALS LTD. [44] is DENIED; and it is further

ORDERED that the MOTION for Leave to Appear Amicus Curiae by GENERIC PHARMACEUTICAL ASSOCIATION is GRANTED [59]; and it is further

ORDERED that the MOTION for Leave to Appear Amicus Curiae by FEDERAL TRADE COMMISSION [61] is GRANTED; and it is further

ORDERED that the action shall proceed with discovery, as directed by Magistrate Judge Ann Marie Donio.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |