IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD. and ACTELION CLINICAL RESEARCH, INC., <br>     Plaintiffs, <br><br> v. <br><br> APOTEX INC., APOTEX CORP., ROXANE LABORATORIES, INC., and ACTAVIS ELIZABETH LLC, <br>     Defendants. | Case No. 1:12-cv-05743-NLH-AMD |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiffs-Counterclaim Defendants Actelion Pharmaceuticals Ltd. and Actelion Clinical Research, Inc. and Defendants-Counterclaim Plaintiffs Apotex Inc. and Apotex Corp., through their undersigned counsel, that this action and any and all claims and counterclaims herein are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees, and with all rights of appeal waived.

November 1, 2013

Respectfully submitted,

s/ Michelle Hart Yeary_____
Ezra D. Rosenberg
Michelle Hart Yeary
DECHERT LLP
A Pennsylvania Limited Liability Partnership
902 Carnegie Center, Suite 500
Princeton, NJ 08540

1

Tel: 609-955-3200
Fax: 609-955-3259

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215-994-4000
Fax: 215-994-2222

Paul H. Friedman
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel: 202-261-3000
Fax: 202-261-3333

*Counsel for Plaintiffs Actelion Pharmaceuticals Ltd. and Actelion Clinical Research, Inc.*


s/ A. Richard Feldman
A. Richard Feldman
Michael A. Shapiro
BAZELON, LESS & FELDMAN, P.C.
A Pennsylvania Professional Corporation
8000 Sagemore Drive, Suite 8302
Marlton, NJ 08053
Tel: 856-988-1319
Fax: 856-988-0194


Aitan D. Goelman
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: 202-778-1800
Fax: 202-822-8106

*Counsel for Defendants Apotex Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2013, I caused a true and correct copy of the foregoing Stipulation of Dismissal to be served via the Court's ECF system on all counsel of record.

s/ Michelle Hart Yeary
Michelle Hart Yeary
