UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                    Date of proceeding: November 6, 2013

**JUDGE ANN MARIE DONIO**

COURT REPORTER: Disc #673


**TITLE OF CASE:**                DOCKET NO. 12-5743(NLH/AMD)
Acetelion Pharmaceuticals
     v.
Apotex, et al

**APPEARANCES:**
George Gordon, Esq for plaintiff
Michelle Yeary, Esq for plaintiff
Carolyn Budzinski, Esq for plaintiff
Paul Friedman, Esq for plaintiff
Jason Lattimore, Esq for defendant Actavis Elizabeth LLC
Amanda Reeves, Esq for defendant Actavis Elizabeth LLC
Charles Falletta, Esq for defendant Roxane Laboratories
Andrew Muscato, Esq for defendant Johnson Matthey
Steven Sunshine, Esq for defendant Johnson Matthey
Julia York, Esq for defendant Johnson Matthey
Eric Abraham, Esq for defendant Zydus Pharmaceuticals
Randall Hack, Esq for defendant Zydus Pharmaceuticals


**DISPOSITION:**
Status Conference held on the record
Order to be entered.



                    DEPUTY CLERK: s/Susan Bush

Time commenced: 2:40 pm        Time adjourned: 2:57 pm

            Total time in Court: 17 mins.