## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ACTELION PHARMACEUTICALS LTD. )
and )
ACTELION CLINICAL RESEARCH, )
INC., )
      Plaintiffs, )
       )
      v. )      Case No. 1:12-cv-05743-NLH-AMD
       )
APOTEX INC., )
APOTEX CORP., )
ROXANE LABORATORIES, INC., )      **CONSENT ORDER GRANTING**
ACTAVIS ELIZABETH LLC, )      **PLAINTIFFS' REQUEST FOR**
JOHNSON MATTHEY, INC. )      **EXTENSION OF TIME TO ANSWER**
ZYDUS PHARMACEUTICALS (USA) )      **COUNTERCLAIMS**
INC., and CADILA HEALTHCARE LTD. )
      Defendants. )

THIS MATTER, having been brought before the Court on the application of Actelion

Pharmaceuticals Ltd. and Actelion Clinical Research, Inc. (collectively, "Actelion") for entry of

an Order extending the time within which to answer defendants' counterclaims; and the parties,

through counsel, having agreed to such extension until January 10, 2014, and good cause having

been shown,

IT IS on this [_____] day of [_____], 2013,

ORDERED that Actelion shall answer or reply to defendants' counterclaims on or before

January 10, 2013.

                                     _____

                                     Hon.

1

Stipulated and agreed to by the undersigned counsel for the parties on this 20th day of December, 2013.

/s/ Michelle Hart Yeary

Ezra D. Rosenberg (NJ Bar No. 012671974)
Michelle Hart Yeary (NJ Bar No. 02925)
DECHERT LLP
A Pennsylvania Limited Liability
Partnership
902 Carnegie Center, Suite 500
Princeton, NJ 08540
Tel: 609-955-3200
Fax: 609-955-3259

George G. Gordon (NJ Bar No. 050131991)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215-994-4000
Fax: 215-994-2222

Paul H. Friedman (*pro hac vice*)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel: 202-261-3000
Fax: 202-261-3333

*Counsel for Plaintiffs Actelion
Pharmaceuticals Ltd. and Actelion Clinical
Research, Inc.*

/s/ Karen N. Walker
Beth S. Rose
Charles J. Falletta
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel: 973-643-7000

Karen N. Walker
Eunnice Eun
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Tel: 202-879-5000

*Counsel for Defendants/Counterplaintiffs
Roxane Laboratories, Inc.*

/s/ Amanda P. Reeves
Jason B. Lattimore
THE LAW OFFICE OF JASON B.
LATTIMORE, ESQ., LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 998-7477
Fax: (973) 264-1159

Abbott B. Lipsky, Jr.
Amanda P. Reeves
LATHAM & WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

*Counsel for Defendants/Counterplaintiffs
Actavis Elizabeth LLC*

/s/ Andrew Muscato
Andrew Muscato
SKADDEN, ARPS, SLATE MEAGHER &
FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, NY 10036
Tel: (212) 735-3500

Steven C. Sunshine
Julia K. York
SKADDEN, ARPS, SLATE MEAGHER &
FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
Tel. (202) 371-7000

*Counsel for Defendants/Counterplaintiffs
Johnson Matthey Inc.*

/s/ Randall A. Hack
Eric I. Abraham
Christina Saveriano
HILL WALLACK LLP
202 Carnegie Center #201
Princeton, NJ 08540
Tel: (609) 924-0808
Fax: (609) 452-1888

Michael J. Gaertner
Randall A. Hack
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 443-0700
Fax: (609) 452-1888

*Counsel for Defendants/Counterplaintiffs
Zydus Pharmaceuticals (USA) Inc., and
Cadila Healthcare Limited*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2013, I caused a true and correct copy

of the foregoing Stipulation and Proposed Consent Order to be served via the Court's ECF

system on all counsel of record.


/s/ Michelle Hart Yeary
Michelle Hart Yeary